**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MEGAN ROBINSON**                                                          **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 4:17CV-023-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI; and
DEPUTY CLINTON ALEXANDER, in his individual
Capacity**                                                        **DEFENDANTS**

**NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION**

**To: All Counsel of Record**

Notice is hereby given that on the date entered below the Defendant, Bolivar Count, Mississippi disclosed to Plaintiff its Initial Disclosures as required by Rule 26 (a) (1) (A) of the *Federal Rules of Civil Procedure* and Rule 26 (a) (1) of the *Local Uniform Rules of the United States District Court for the Northern District of Mississippi.*

    04/28/2016                                       *s/ S. Ray Hill, III*
                                                        **S. RAY HILL, III, MSB #100088**
                                                        rhill@claytonodonnell.com
                                                        CLAYTON O'DONNELL, PLLC
                                                        P.O. DRAWER 676
                                                        OXFORD, MS 38655
                                                        TELEPHONE: (662) 234-0900
                                                        FACSIMILE: (662) 234-3557

## **CERTIFICATE OF SERVICE**

    I, S. Ray Hill, III, hereby certify that I filed the foregoing using the Court's ECF system which sent notice to all counsel of record

    This the 28th day of April, 2017

        *s/S. Ray Hill, III*
        **S. RAY HILL, III, MSB# 100088**