**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MEGAN ROBINSON**                                                     **PLAINTIFF**

**VS.**                                                           **CAUSE NO. 4:17-CV-023-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI; and
DEPUTY CLINTON ALEXANDER, in his
individual capacity**                                                **DEFENDANTS**

**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES**

Notice is hereby given, pursuant to the local rules, that the Plaintiff, by and through the undersigned counsel, has this date served in the above-styled action to the Defendants, the following:

1. Plaintiff's Initial Disclosures.

The undersigned retain(s) the original paper(s) as custodian thereof pursuant to Federal Rules of Civil Procedure.

Respectfully submitted on this 8th day of May, 2017.

                                       By: s/ Philip A. Stroud
                                              Philip A. Stroud (MSB #99401)
                                              THE STROUD LAW FIRM, P. C.
                                              5779 Getwell Road, C-1
                                              Southaven, MS 38672
                                              662-536-5656
                                              philip@stroudlawyers.com
                                              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

     I do hereby certify that I have on this 8th day of May, 2017; I served the preceding upon the following attorneys for Defendants via First Class, U. S. Mail:

S. Ray Hill, III, Esq.
Clayton O'Donnell, PLLC
P.O. Drawer 676
Oxford, MS 38655
rhill@claytonodonnell.com
*Attorney for Defendant Bolivar County*

Jason E. Dare, Esq.
Pettis, Barefield & Hester, P.A.
P.O. Box 16089
Jackson, MS 39236
jdare@pbhfirm.com
*Attorney for Defendant Clinton Alexander*

     I also certify that on the same date I served the foregoing document via First Class, U. S. Mail, on the following non-ECF participants:  None.


                                          s/ Philip A. Stroud
                                          Philip A. Stroud