**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MEGAN ROBINSON**                                                                                     **PLAINTIFF**

**vs.**                                                                    **CAUSE NO. 4:17cv23-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI;**
**and DEPUTY CLINTON ALEXANDER, in his**
**Individual capacity**                                                            **DEFENDANTS**
_____

**NOTICE OF SERVICE OF DISCOVERY**
_____

        Notice is hereby given that on this date, Deputy Clinton Alexander, in his individual capacity, served the following in the above-styled and numbered action:

- *Pre-Discovery Disclosure of Core Information*

        **DATED**, this 10th day of May, 2017.

                                                 **DEPUTY CLINTON ALEXANDER, in his**
                                                 **Individual Capacity - Defendant**

                        **BY:**     */s/ Jason E. Dare*
                                                 **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@pbhfirm.com
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone:   (601) 987-5300
Facsimile:     (601) 987-5353

## **CERTIFICATE OF SERVICE**

I, JASON E. DARE, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent a true of and correct copy of the pleading to the following:

Philip Andrew Stroud, Esq. (philip@stroudlawyers.com)
THE STROUD LAW FIRM, PC
5779 Getwell Road, C-1
Southaven, Mississippi 38672

Sidney Ray Hill, III, Esq. (rhill@claytonodonnell.com)
CLAYTON O'DONNELL, PLLC
P.O. Drawer 676
Oxford, Mississippi 38655

**THIS,** the 10th day of May, 2017.

                                               /s/ Jason E. Dare
                                               **JASON E. DARE**