**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MEGAN ROBINSON**                                                            **PLAINTIFF**

**VS.**                                          **CAUSE NO. 4:17-CV-023-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI; and
DEPUTY CLINTON ALEXANDER, in his
individual capacity**                                                **DEFENDANTS**

_____

**NOTICE OF VIDEO DEPOSITION OF JARED MATTHEWS**
_____

Please take notice that at the time, place and date indicated below, Plaintiff will take the testimony by deposition upon oral examination of the party named below, pursuant to the *Federal Rule of Civil Procedure* 30(b), before a Notary Public or other officer authorized by law to administer oaths, by audiovisual and stenographic means. Such deposition shall be taken for the purpose of discovery or for use as evidence in their action, or for both purposes, and will continue from time to time until completed, at which time and place you are notified to appear and take such part in the examination as shall be fit and proper.

    DEPONENT:      Jared Matthews

    DATE & TIME:    September 20, 2017 at 10:00 a.m.

    LOCATION:       Bolivar County Courthouse
                                Circuit Court Jury Room
                                200 S. Court Street
                                Cleveland, MS 38732

This the 24th day of August, 2017.

                                      Respectfully submitted,

                                      */s/ Philip Stroud*_____
                                      Philip A. Stroud (MSBN 99401)
                                      THE STROUD LAW FIRM, P.C.
                                      5779 Getwell Road, Suite C-1
                                      Southaven, Mississippi 38672
                                      Telephone: (662) 536-5656
                                      Facsimile:  (662) 536-5657
                                      philip@stroudlawyers.com
                                      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I certify that on the 24th day of August, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent electronic notification of this filing to the following attorneys for Defendant:

S. Ray Hill, III, Esq.
Clayton O'Donnell, PLLC
P.O. Drawer 676
Oxford, MS 38655
rhill@claytonodonnell.com
*Attorney for Defendant Bolivar County*

Jason E. Dare, Esq.
Pettis, Barefield & Hester, P.A.
P.O. Box 16089
Jackson, MS 39236
jdare@pbhfirm.com
*Attorney for Defendant Clinton Alexander*

      I also certify that on the same date I served the foregoing document via First Class, U. S. Mail, on the following non-ECF participants:  None.

                                           */s/ Philip A. Stroud*_____
                                            Philip A. Stroud