# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**MEGAN ROBINSON**                                                                                            **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 4:17cv23-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI; and**
**DEPUTY CLINTON ALEXANDER, in his individual**
**Capacity**                                                                                **DEFENDANTS**

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

**NOW COME**, Megan Robinson, acting through her undersigned counsel of record; Bolivar County, Mississippi, acting through its undersigned counsel of record; and Deputy Clinton Alexander, in his individual capacity, acting through his undersigned counsel of record, together as all parties who have appeared in this cause of action, and do hereby stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the suit styled *Megan Robinson vs. Bolivar County, Mississippi et al.*, bearing cause number 4:17cv23-DMB-JMV, including any and all claims which were or might have been encompassed therein against Defendants, Bolivar County, Mississippi and Deputy Clinton Alexander, in his individual capacity, is hereby dismissed with prejudice, with each party to bear their respective costs, expenses and attorneys' fees.

This Stipulation is filed with the intent of all of the parties to this litigation to dismiss with prejudice any and all claims filed in this litigation as to all Defendants, such that this cause of action and any and all claims which were or could have been filed in this cause of action are fully, finally and forever dismissed with prejudice.

**SO STIPULATED**, this the 11th day of October, 2017.

| | |
|---|---|
| /s/ Phillip A. Stroud | /s/ Jason E. Dare |
| Philip Andrew Stroud, Esq. | Jason E. Dare, Esq. |
| philip@stroudlawyers.com | jdare@pbhfirm.com |
| THE STROUD LAW FIRM, PC | PETTIS, BARFIELD & HESTER, P.A. |
| 5779 Getwell Road, C-1 | Post Office Box 16089 |
| Southaven, Mississippi 38672 | Jackson, Mississippi 39236-6089 |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant,*** |
| | ***Clinton Alexander*** |

/s/ S. Ray Hill
Sidney Ray Hill, III, Esq.
rhill@claytonodonnell.com
CLAYTON O'DONNELL, PLLC
P.O. Drawer 676
Oxford, Mississippi 38655
***Attorney for Defendant,***
  ***Bolivar County, Mississippi***