# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MEGAN ROBINSON**                                                    **PLAINTIFF**

**V.**                                                    **NO. 4:17-CV-23-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI; and**
**DEPUTY CLINTON ALEXANDER, in his**
**individual capacity**                                                    **DEFENDANTS**


## ORDER CLOSING CASE

On October, 11, 2017, Deputy Clinton Alexander filed a "Stipulation of Dismissal with

Prejudice" signed on behalf of all parties who have appeared. Doc. #32. In the document, the

parties

> stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the suit styled *Megan Robinson vs. Bolivar County, Mississippi et al.*, bearing cause number 4:17cv23-DMB-JMV, including any and all claims which were or might have been encompassed therein against Defendants, Bolivar County, Mississippi and Deputy Clinton Alexander, in his individual capacity, is hereby dismissed with prejudice, with each party to bear their respective costs, expenses and attorneys' fees.

Accordingly, the Clerk of the Court is **DIRECTED** to close this case.

**SO ORDERED**, this 17th day of October, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**